An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO B.B.

MARK B. AND MELISSA P.,
Appellants,
vs.
B.B. AND THE STATE OF NEVADA,
Respondents.

No. 62360

**FILED**

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a juvenile court order arising in an NRS Chapter 432B proceeding. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

Respondent State of Nevada has moved to dismiss this appeal for lack of jurisdiction; appellants oppose the motion. Although in the challenged order, the juvenile court sustained the State of Nevada's custody over the subject child, because the order arises from an abuse and neglect proceeding in a juvenile court, it is not a final district court order establishing or altering child custody, and this court thus lacks jurisdiction to consider this appeal. NRAP 3A(b)(7) (authorizing an appeal from an order "that did not arise in a juvenile court that finally establishes or alters the custody of minor children"); *cf. Matter of Guardianship of N.S.*, 122 Nev. 305, 130 P.3d 657 (2006) (recognizing that a writ of mandamus is the appropriate remedy when challenging an order in an

13-21733

abuse and neglect proceeding). Accordingly, as we lack jurisdiction, we grant the motion and

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Alvin R. Kacin, District Judge
David D. Loreman
Barbara W. Gallagher
Michelle L. Rodriguez
Elko County District Attorney
Attorney General/Reno
Elko County Clerk

---

[1]Appellants' request that, if this court concludes that it lacks jurisdiction over this appeal, it convert the appeal to a writ petition is denied.